SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 0 4 2013
J. T. NOBLIN, CLERK
BY_____ DEPUTY

U.S. COURT OF APPEALS
RECEIVED
APR 0 4 2013
FIFTH CIRCUIT

NAME: Johnny Pittman
RE: Motion To File An Out-of-Time Appeal
CASE NUMBER: 12-60859

3:09CV570

If the Petitioner is able to demonstrate by a preponderance of the evidence that he requested an appeal, prejudice will be presumed and the petitioner will be entitled to file and out-of-time appeal. Enclosed are written notes, a complaint filed with the Mississippi Bar Association against Attorney John McNeal. Also there are parties Mr. Pittman contacted to confirm Mr. McNeal actions or lack there off. It was learned by these parties that Mr. McNeal had not filed an appeal nor was there any effort to file one. The information Mr. Pittman obtained from these individuals led to Mr. Pittman filing the appeal. Mr. McNeal was only trying to buy time. Mr. McNeal cannot produce any records or documents that he or his staff made any effort to contact or discuss Mr. Pittman's appeal. Mr. McNeal would only state "He was trying to figure one out. Someone will call." From September 27, 2012 to the present. After repeated attempts. Mr. Pittman has not had any communication with Mr. McNeal, nor has Mr. McNeal made any effort to explain his actions.

4/1/2013

When the complaint was being filed Mr. McNeal informed Mr. Pattman he was trying to figure an appeal out. Mr. McNeal stated with certainty, someone from his office or staff would contact either Friday or Monday, Mr. Pattman about an appeal. It was learned several day's later Mr. McNeal had no intent on filing an appeal. Mr. McNeal had only made false or untrue statements to buy time. Mr. McNeal refuse to return any of Mr. Pattman's calls or give an explanation of his actions. After explaining Mr. McNeal actions and how Mr. Pattman was represented or lack there off. The District Court informed Mr. Pattman he could file his own appeal. Enclosed is a copy of the complaint filed against John McNeal with the Mississippi Bar.

FACTS:

Mr. Pattman requested Mr. McNeal file an appeal on 10/27/2012 Mr. McNeal said he would. It was learned he did not.

Mr. McNeal made a verbal agreement to file an appeal Mr. Pattman contacted Mr. McNeal Secetary repeatedly about an appeal she would only take messages

Mr. Pattman was called by:
Vickie (John McNeal's) Secetary after explaining dismay to Mr. McNeal Secetary. She would only call and give Mr. Pattman, Mr. McNeal cell phone number which for some reason only stayed connected for a few day's after Mr. Pattman called.

District Court Secetary - Explain what had to be done to file an appeal

District Court Clerk - Confirm Information

Copy of Complaint Filed Against John McNeal

MR. MCNEAL completely ignored the facts provided by the witnesses statement, deposition, and interrogatories and the information he obtain from his own investigation. This is an act of negligence and mischievous concept.

MR. MCNEAL fail to provide fair, equitable treatment to the client. By not involving the client, with no respect for the clients ability to understand or relate to the issues. By not involving the client in the structure of the decision making process. MR. MCNEAL tak it upon himself to make any and all decisions without consulting the client. Nor would MR. MCNEAL explain any decisions, events or meetings taking place involving the case. MR. MCNEAL would not make any effort to explain why these decisions were made without the client knowledge or involvement. After numerous attempts by the clients brother and the client to get constant updates and information. The only way MR. Pathman learned about the case was not from MR. MCNEAL ... But the Internet. This behavior is unacceptable under any circumstance. A poor display of effort.

10/17/2012

## Notes on Case

January (2012) No calls awaiting decision
February 4th Call circuit clerk was told about telephone conference between John McNeal and Judge. Called John McNeal told leave message
February 15th Call circuit clerk inform to call Judge Anderson to get case status.
February 16th Call circuit clerk inform about telephone conference an a motion filed one year ago. A motion was filed in October 2010, by both parties to suspend a decision. Called John McNeal told leave message.
February 17th Call John McNeal told leave message
February 22nd Call John McNeal told leave message
February 29th Called circuit clerk (no change in status)
March 1st Told by circuit clerk awaiting Judge decision
March 6th Call Judge chambers told by Judge Wingate secretary case was active and she would inform the Judge I called.
March 16th One year motion for summary of Judgement filed
March 23rd Called circuit clerk office
March 24th Called John McNeal told leave number he will return call
March 26th Called Judge chambers (Anderson)
April 3rd Called Judge chambers (Wingate) told Judge has no certain amount of time to make a decision. That a motion was filed to strike the expert witness and a motion filed for a summary of Judgement.
April 9th Talked to circuit clerk about case
April 9th Called John McNeal told to leave a message
May No calls from McNeal (John) after repeated attempts
June No calls from John McNeal after repeated attempts
July No calls from John McNeal after repeated attempts
From May-July kept in contact circuit clerk for info

August 3rd    Called Circuit Clerk Told No Certain Amount of Time Case Pending. Talked To Nate Dean About last Entry 2/16/2011

August 6th    Call Civil Division

August 7th    Talked To Judge Chambers inform About Judge Anderson Forwarding case To Judge Wingate. Also Informed About minutes Filed on 2/16/2011 Instructed to Contact Lawyer About Additional details.

August 7th    Called John McNeal Told to leave Message

August 28th   Called Circuit Clerk Told About meeting John McNeal Had with Judge Wingate.

August 29th   Called John McNeal Told to Leave message.

August 29th   Called Circuit Clerk told About meeting John McNeal with Judge Wingate (Status Conference) At 10:00 Am. on September 6th

September 6th    Day of Status Conference No Call Or Any Information About the Case From Mr. McNeal.

September 7th    No word from Mr McNeal.

September 10th   Call John McNeal Left Message

September 13th   Call John McNeal Left message

September 17th   Call John McNeal Left message.

September 21st   Call John McNeal Left message

September 24th   Heard Roomurs From Freind Case on Internet.

September 27th   Call daughter to Check Internet For Case.

September 27th   Call John McNeal Office Told He was In Court Left Message

September 27th   Mr. Pittman Called Mr. McNeal A Second Time Expressing dismay About His Case and How He Founded out. Mr. McNeal Secertary Stated He was In Court And she would deliver the message. A Short time later Mr. Pittman Received A Phone Call From Mr. McNeal Secertary (Vickie) Asking Mr. Pittman to Call Mr. McNeal Person Cell Phone. Mr. Pittman Called the Number In which